No. 17,633.

FRED HILBURGER *v.* PEOPLE OF THE STATE OF
COLORADO, ET AL.
(290 P. [2d] 240)

Decided November 21, 1955.

Mr. PAUL SNYDER, for plaintiff in error.

Mr. DUKE W. DUNBAR, Attorney General, Mr. FRANK E.
HICKEY, Deputy, and Mr. EDWARD T. FISKE, County At-
torney, Douglas County for the defendants in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.